IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:05-CR-66-4-W

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BRIAN G. PAQUETTE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER is before the Court on Defendant's Motion to Modify Judgment (Doc. No. 54). Upon consideration of the motion and consultation with the United States Probation Office, the Court reaffirms the reasonableness of the punishment imposed and finds that no good cause has been shown to modify the judgment based on a previously scheduled family vacation.

IT IS THEREFORE ORDERED that Defendant's motion is DENIED.

Signed: April 25, 2007

Frank D. Whitney
United States District Judge